```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTIAN SANCHEZ,                             :
                                               :       21-CV-546 (PGG) (RWL)
                        Plaintiff,             :
                                               :
        - against -                            :       ORDER
                                               :
MADE TO DESTROY, LLC,                          :
                                               :
                        Defendant.             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

An answer was due by March 15, 2021. (Dkt. 6.) No answer having been filed, Plaintiff shall file for default or otherwise update the court on the status of this case within fourteen (14) days.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.