```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTIAN SANCHEZ,

                Plaintiff,

      - against -

MADE TO DESTROY, LLC,

                Defendant.
-------------------------------------------------------------X

21-CV-546 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case was filed on January 21, 2021. (Dkt. 1.) Proof of service was filed on March 2, 2021. (Dkt. 6.) An answer was due by March 15, 2021, but was never filed. (Dkt. 6.) On April 20, 2021, the Court ordered Plaintiff to file and move for default or otherwise update the Court on the status of the case within fourteen (14) days. (Dkt. 7.) Plaintiff has not filed and moved for default or otherwise updated the Court on the status of this case. Accordingly, by September 30, 2021, Plaintiff shall file and move for default or otherwise update the Court on the status of the case. Failure to do so may lead to dismissal for failure to prosecute.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2021
        New York, New York

Copies transmitted this date to all counsel of record.